BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2743
Facsimile: (916) 554-2900

Attorneys for the United States of America

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSON and MARILYN PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:09-CV-01520 FCD KJM<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER AND DATE OF SETTLEMENT CONFERENCE** |

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby agree to and respectfully request the below modifications and/or amendments to this Court's October 7, 2009 Status (Pretrial Scheduling) Order. Docket Entry ("DE") 9 and the Court’s setting of this matter for a November 18, 2010 Early Settlement Conference (DE 10). The undersigned have all agreed to propose these joint requests.

The parties contend there is good cause for this request for the following reasons:

1) Plaintiffs’ counsel has developed a conflict with the November 18, 2010 Settlement Conference before Magistrate Judge Brennan. Counsel’s conflict will require him to be out of

state on November 18, 2010, thus making it impossible for him to attend the settlement conference. The parties request that the settlement conference be moved to January 20, 2011 before Judge Brennan.[1]

2) The parties agree that this matter is not amenable to a motion for summary judgment; hence the dispositive motion deadline is not an issue.

3) The parties desire to conduct a settlement conference prior to engaging experts in order to avoid potentially unnecessary costs and expenses.

4) The parties submit that this request is made for good cause and not for delay.

The proposed modifications to the scheduling order are as follows:

- That the discovery cut-off date set for January 14, 2011, be moved to April 1, 2011.
- That the deadline for expert disclosure set for January 28, 2011, be moved to April 18, 2011.
- That the deadline for supplemental expert disclosure set for February 18, 2011, be moved to May 2, 2011.
- That the deadline for completion of all expert discovery set for March 21, 2011 be moved to June 17, 2011.

6) The parties acknowledge that the above schedule may result in modification of the remaining scheduling deadlines.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 4, 2010 By: */s/ Jason Ehrlinspiel*
JASON EHRLINSPIEL
Attorney for Defendant

[1] The parties obtained January 20, 2011 at 10:00 a.m. as an available date from Judge Brennan's Chambers on November 1, 2010.

DATED: November 4, 2010

DREYER BABICH BUCCOLA WOOD, LLP

By: _/s/ Robert B. Bale_
ROBERT B. BALE
Attorneys for Plaintiffs

**ORDER**

The Court hereby modifies the Pretrial Scheduling Order, and Settlement Conference Date as follows:

- The Settlement Conference before Judge Edmund F. Brennan is reset for **January 20, 2011**, at **10:00 a.m.**
- Discovery cut-off is moved to **April 1, 2011**.
- The deadline for expert disclosure is moved to **April 18, 2011.**
- The deadline for supplemental expert disclosure is moved to **May 2, 2011.**
- The deadline for completion of all expert discovery is moved to **June 17, 2011**.
- The Final Pretrial Conference is reset for **August 5, 2011**, at **1:30 p.m.**
- The trial date of October 4, 2011 will remain unchanged.

**IT IS SO ORDERED.**

DATED: November 5, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE