IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PETERSON and MARILYN PETERSON,

        Plaintiffs,                No. CIV S-09-1520 FCD DAD (TEMP)

    vs.

UNITED STATES OF AMERICA; and
UNITED STATES POSTAL SERVICE,      ORDER RE SETTLEMENT & DISPOSITION

        Defendants.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on January 20, 2011, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than forty-five (45) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////

////

////

////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2   <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4   IT IS SO ORDERED.
5   DATED: January 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE